FILED

2012 MAY 16 PM 12:00
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:12-CR- 200 T 30 EAJ

8 U.S.C. § 1326(a)
8 U.S.C. § 1325(a)(1)

MARIO JUAREZ-GAONA

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

On or about April 29, 2012, in the Middle District of Florida,

**MARIO JUAREZ-GAONA,**

defendant herein, being an alien of the United States who previously had been convicted of felony offenses, to wit: Illegal Re-entry in the U.S. District Court for the Middle District of Florida, on or about December 16, 2010; and Felony Battery in the Circuit Court of the Sixth Judicial Circuit Court, in and for Pinellas County, Florida, on or about April 2, 2008, and was deported and removed from the United States on or about April 2, 2002, September 26, 2008, and July 26, 2011, and who had not received the consent of the Attorney General of the United States, or his successor, the Secretary of the Department of Homeland Security to re-apply for admission, was found to be willfully in the United States.

All in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

**COUNT TWO**

On or about April 29, 2012, in the Middle District of Florida,

**MARIO JUAREZ-GAONA,**

defendant herein, being an alien of the United States, was apprehended after having knowingly entered the United States at a time and place other than as designated by immigration officers.

In violation of Title 8, United States Code, Sections 1325(a)(1) and 1329.

A TRUE BILL,

Foreperson

ROBERT E. O'NEILL
United States Attorney

By:
SARA C. SWEENEY
Assistant United States Attorney

By:
ROBERT A. MOSAKOWSKI
Assistant United States Attorney
Chief, Economic Crimes Section

FORM OBD-34
APR 1991

No. 8:12-cr-

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

MARIO JUAREZ-GAONA

## INDICTMENT

Violations:

8 U.S.C. § 1326(a)
8 U.S.C. § 1325(a)(1)

A true bill,

[signature]

Foreperson

Filed in open court this 16th day of May 2012.

Clerk

Bail $________

FILED
2012 MAY 16 PM 12:00
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

GPO 863 525

N:_Criminal Cases\J\JUAREZ-GAONA, Mario_2012R_SCS\f_indictment_back.wpd